**Order entered February 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00988-CR
No. 05-12-00989-CR

**VICTOR MANUEL CRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-25901-W, F11-25902-W**

## ORDER

The Court **REINSTATES** the appeals.

On February 15, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 20, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the February 15, 2013 order requiring findings.

We **GRANT** the February 20, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
         JUSTICE